AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: CR 06-136S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Donnell A. Jenkins

I certify that I am admitted to practice in this court.

11-16-06
Date

Mary S. McElroy
Signature

Mary S. McElroy
Print Name

Bar Number

10 WEYBOSSET STREET
Address

PROVIDENCE RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number