**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-136S** |
| | ) | |
| **DONNELL A. JENKINS** | ) | |

## MOTION TO CONTINUE DETENTION HEARING

Now comes the accused, Donnell A. Jenkins, by and through his counsel, and moves this Honorable Court to continue the detention hearing in this matter, currently scheduled for November 22, 2006 to November 28, 2006.

In support of this request, counsel states that additional time is requested to explore additional information as it relates to bail.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

The government, through AUSA Sandra Beckner, does not object to the granting of this motion.

Respectfully submitted
Donnell A. Jenkins
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
mary_mcelroy@fd.ogr

**CERTIFICATION**

I hereby certify that I mailed a copy of this motion by electronic notification to Sandra Beckner, Assistant United States Attorney, on November 21, 2006.

/s/ Mary S. McElroy