**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-136T** |
| | ) | |
| **DONNELL A. JENKINS** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT**

Now comes the accused, Donnell A. Jenkins, by and through his counsel, and moves this Honorable Court to continue this matter currently scheduled for empanelment for January 4, 2007 for an additional thirty (30) days. This Motion is filed in conjunction with a Motion for Enlargement of Time For Filing Pretrial Motions. In addition, in both motions the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act.

In support of this motion counsel states that she needs the additional time to review discovery recently received and fully review and discuss it with the defendant.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Respectfully submitted
Donnell A. Jenkins
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 5th day of December, 2006.

/s/ Mary S. McElroy