**State of Rhode Island and Providence Plantations**

Providence Superior Court

State of Rhode Island vs Donnell A. Jenkins

Case No: P2-2001-3651B

# JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Thomas H. O'Brien
Defense Attorney(s): Robert E. Marro

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Man/Del/Poss W/Int Sch I/Ii, Defendant Is A Violator Of A Previously Imposed Sentence, Sentenced By Judge McGuirl, 04-Dec-2003

Violation Of Susp Sent suspension of sentence removed

Full Sentence 2857 Days

Term To Serve 7 Years stayed, defendant to go to the Salvation Army

Suspended 365 Days

Probation continued on same probation

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Asst Clerk | Justice, Superior Court | Date

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Rhode Island

State of Rhode Island and Providence Plantations

Providence Superior Court

State of Rhode Island vs Donnell A. Jenkins

Case No: P2-2003-3465A

JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: Roger R. Demers
Defense Attorney(s): Robert E. Marro

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Poss Sch I-V Control Substance, Plea Of Nolo Contendere, Sentenced By Judge McGuirl, 14-Oct-2003

Full Sentence 3 Years
Term To Serve 10 Days retroactive to 2/28/03
Suspended 1085 Days
Probation 1085 Days
Total Assessments $788.00

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Clerk | Justice, Superior Court | 11/7/3 Date

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

**…e of Rhode Island and Providence Pl…ations**

Providence County

State of Rhode Island vs Donnell A. Jenkins

Case No: P2-2006-2397A

JUDGMENT OF CONVICTION AND COMMITMENT

On the date(s) below came the attorney for the State and the defendant, who appeared in person and by counsel, before the justice of the Superior Court named below.

Prosecutor: John Clayton Krollman
Defense Attorney(s): Lara E. Ewens

**IT IS ADJUDGED** that the defendant, having entered a plea or having been found guilty as charged of the offense(s):

Count 1: Poss Sch I-V Control, Plea Of Nolo Contendere, Sentenced By Judge Lanphear, 19-Jul-2006

Full Sentence 3 Years
Term To Serve 90 Days retroactive 05-31-06
Suspended 33 Months
Probation 33 Months
Total Assessments $788.00

and the Court, having asked the defendant whether he/she has anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court,

**IT IS ADJUDGED** that the defendant is guilty as charged and convicted.

**IT IS ADJUDGED** that the defendant is hereby committed to the custody of the warden of the Adult Correctional Institutions for the period stated above.

**IF CONVICTED AFTER TRIAL,** the defendant has been advised of his/her right to appeal within twenty (20) days to the Supreme Court and of his/her right, if unable to pay the cost of an appeal, to apply for leave to be represented on appeal by the public defender or to appeal in forma pauperis.

**IT IS ORDERED** that the Clerk deliver a certified copy of this judgment to the proper authority of the Adult Correctional Institutions and that the copy serve as the commitment of the defendant.

TRUE COPY ATTEST

Clerk | Justice, Superior Court | 9/14/06 Date

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Rhode Island