# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

DONNELL JENKINS

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR06-136S

TO: Keeper of Records
Rhode Island Department of Corrections
Cranston, RI

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Federal Public Defender Office<br>10 Weybosset St., Ste. 300, Providence, RI |
| | DATE AND TIME<br>March 13, 2007<br>9:00 a.m. |

[X] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any records of bookings from January 1, 1998 to November 30, 2004.

Paulette J. Duke
Chief Deputy Clerk

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (signature) | 2-27-07 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Mary S. McElroy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 2-27-07 | FEDERAL DEFENDER OFFICE |
| SERVED | 2-28-07 | Rhode Island Dept. of Correction<br>40 Howard AVE<br>CRANSTON, RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| TRISH COYNE FAGUE, ESQ. | ☐ YES ☒ NO AMOUNT $ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| DANiel R. FORtier | investigator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-1-07
Date

Daniel R. Fortier
Signature of Server

FDO-10 Weybosset st. #300
Address of Server
Providence, RI

ADDITIONAL INFORMATION

In-hand service.