**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR06-136S** |
| | ) | |
| **DONNELL A. JENKINS** | ) | |

---

**MOTION FOR SENTENCE CONSIDERATION**

Now comes Donnell Jenkins, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, to comply with the mandates of 18 U.S.C. § 3553(a). Mr. Jenkins respectfully suggests that the Court should conclude that the advisory guideline calculations call for a sentence longer than what is necessary to comply with 18 U.S.C. § 3553(a). Mr. Jenkins proposes a sentence at the mandatory minimum of 120 months to serve with a period of supervised release to follow. Such a sentence would serve the goals of sentencing in this case.

Respectfully Submitted
Donnell Jenkins,
By and through his counsel

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
mary_mcelroy@fd.org

**CERTIFICATION**

I hereby certify that a copy of this motion was delivered by ECF to Sandra Beckner, Assistant United States Attorney and Heather McLoughlin, USPO on May 4, 2007.

/s/ Mary S. McElroy