U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION



| 1. Program Code | 2. Cross File / Related Files | 3. File No. [redacted] | 4. G-DEP Identifier [redacted] |
|---|---|---|---|
| 5. By: TFA R Enright<br>At: Providence, R.O. | ☒ [redacted]<br>☐<br>☐<br>☐<br>☐ | 6. File Title [redacted] | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | | 8. Date Prepared<br>11/27/06 | |

9. Other Officers: TFA Joseph Colanduono, Det. P Conley (Providence Police), GS Daniel MacIsaac

10. Report Re: Arrest and interview of Donnell Jenkins on 11-15-06

**SYNOPSIS**

On 11-15-06 Donnell JENKINS was indicted by a Federal Grand Jury for Federal narcotic violations. JENKINS was apprehended in Providence later that day. JENKINS was transported to the Providence Police Station and interviewed by TFA R Enright and Det Desautels.

**DETAILS**

1. On 11-15-06 Donnell JENKINS was apprehended by members of the Providence R.O. on Plain St. in Providence, R.I. JENKINS was then transported to the NOC office at the Providence Police Station.

2. In the NOC office Det. Conley of the Providence Police Department seized a clear plastic bag containing 10 bags of suspected crack cocaine from JENKINS. A Scott Reagent Field Test was then performed on the material which proved positive for cocaine. The cocaine was then sent to the State Toxicology Lab for further testing. Also seized from JENKINS was his cellular phone, #401-473-3486, which was the phone number used by the CS to contact JENKINS during the investigation.

3. JENKINS was given his Constitutional Rights by TFA R Enright in the presence of Det Desautels. TFA Enright then spoke with JENKINS at length about JENKINS and his illegal distribution of crack cocaine. During this conversation JENKINS stated that he did sell "crack" and

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division SARI | TFA R Enright [signature] | 11-27-06 |
| District | 14. Approved (Name and Title) | 15. Date |
| Other | Daniel MacIsaac<br>Group Supervisor | |

DEA Form - 6
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

*(Continuation)*

| | |
|---|---|
| 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
| 3. File Title [redacted] | |
| 4. Page 2 of 2 | |
| 5. Program Code | 6. Date Prepared 11/27/06 |

that he was about to make a deliver of crack cocaine when he was apprehended. JENKINS stated that that was the reason he had crack cocaine on him when he was arrested.

4. TFA Enright then showed JENKINS a video tape in which JENKINS is caught on tape selling crack cocaine to a CS. While viewing the video JENKINS stated, "Dam, I'm screwed" After viewing the tapes JENKINS stated that he was the subject in the tapes and that he had sold crack cocaine to the CS.

5. JENKINS stated that he distributes approximately 100 grams of crack cocaine a week. [redacted]

**INDEXING**

[redacted]

On 11-15-06 Donnell JENKINS was indicted by a Federal Grand Jury for Federal narcotic violations. JENKINS was apprehended in Providence later that day. JENKINS was transported to the Providence Police Station and interviewed by TFA R Enright and Det Desautels.



This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.