**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-136S** |
| | ) | |
| **DONNELL JENKINS** | ) | |

---

## NOTICE OF APPEAL

Now comes the accused, Donnell Jenkins, by and through his counsel, and hereby notices the appeal of his sentence in this case to the First Circuit Court of Appeals.

Respectfully submitted
Donnell Jenkins
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 17th day of May 2007.

/s/ Mary S. McElroy