CR06-136-01S

# United States Court of Appeals
## For the First Circuit

No. 07-1814

UNITED STATES OF AMERICA,

Appellee,

v.

DONNELL A. JENKINS,

Defendant, Appellant.

**JUDGMENT**
Entered: July 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The sentence imposed by the district court is affirmed, and the matter is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. William E. Smith, Mr. David A. DiMarzio, Clerk, United States District Court for the District of Rhode Island, Mr. Lockhart, Mr. Andrews & Ms. Beckner.