# United States Court of Appeals
## For the First Circuit

No. 07-1814

UNITED STATES OF AMERICA,

Appellee,

v.

DONNELL A. JENKINS,

Defendant, Appellant.

Before

Lynch, Chief Judge,
Torruella, Circuit Judge,
and Stafford,* Senior District Judge.

ORDER OF COURT
Entered: July 31, 2008

The government's motion to publish the July 18, 2008, opinion in the above captioned case is granted. Accordingly, this court's opinion, previously issued not for publication, is to be published.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. William E. Smith, Mr. David A. DiMarzio, Clerk, United States District Court for the District of Rhode Island, Mr. Lockhart, Mr. Andrews & Ms. Beckner.

* Of the Northern District of Florida, sitting by designation.